IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

FRANCES CHEEVER          :

   Plaintiff              :

v.                       : Civil No.: L02-CV 1691

                          :

EDWARD PROPST

   Defendant

## ORDER

UPON CONSIDERATION of the Plaintiff's Request for a Leave of Court in order to Amend the Complaint, it is this _17TH_ day of _SEPT._ 2002, hereby: _Unopposed_

ORDERED that the Plaintiff's Motion for Leave of Court be GRANTED and it is also:

ORDERED that the Plaintiff is hereby permitted to Amend the Complaint for the instant case.

_____
Judge, United States District Court

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

