IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS CHEEVER           :

v.                        :           CIVIL NO. L-02-1691

EDWARD PROPST             :

## ORDER

Pending is Defendant's Motion to Dismiss for lack of subject matter jurisdiction. For the reasons stated below, the Court (i) DENIES Defendant's Motion without prejudice and (ii) DIRECTS the Plaintiff to FILE an amended complaint.

On July 29, 2002, Defendant Edward Propst filed a motion to dismiss because the original complaint failed to allege grounds for subject matter jurisdiction. On September 17, 2002, the Court granted leave to amend the complaint as the motion was unopposed. After filing his amended complaint, Plaintiff Francis Cheever contends that Propst's motion to dismiss should be denied as moot.

Plaintiff is incorrect. The amended complaint alleges that the defendant resides in Maryland and the Plaintiff resides in California, thereby establishing diversity of citizenship jurisdiction under 28 U.S.C. § 1332. As the Defendant pointed out, an allegation of the parties' residency is insufficient. Axel Johnson, Inc. v. Carrol Caroline Oil Co., 145 F.3d 660, 663 (4th Cir. 1998). Diversity jurisdiction depends upon a person's citizenship, meaning the state in which he is domiciled. Id.

Accordingly, on or before Tuesday, November 12, 2002, Plaintiff shall file an amended

complaint stating the citizenship of both parties. Under the assumption that diversity jurisdiction exists, the Court will issue a scheduling order under separate cover. If this assumption proves false, the scheduling order will be withdrawn.

It is so ORDERED this 31st day of October, 2002.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Benson Everett Legg
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge