**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

FRANCIS CHEEVER                    :

          Plaintiff                    :

    v.                              : Civil Action No. L02CV1691

EDWARD PROPST                      :

         Defendant                  :

### STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

You will please mark the above-captioned case as "**SETTLED AND DISMISSED WITH PREJUDICE**".  This case was settled via an Award of Arbitration which is attached hereto and incorporated herein by reference.  This Award of Arbitration has been satisfied.

BERMAN, SOBIN & GROSS, LLP          McCARTHY WILSON

_____          _____
Alan B. Gross                            David L. Rubino
481 North Frederick Avenue               100 South Washington Street
Suite 300                                Rockville, MD  20850
Gaithersburg, MD  20877                  (301) 762-7770
(301) 670-7030

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of June 2003, a copy of the foregoing Stipulation of Dismissal was sent first-class mail, postage prepaid to:

Alan B. Gross, Esquire
481 North Frederick Avenue
Suite 300
Gaithersburg, MD  20877

_____
David L. Rubino